■ In the Matter of HARRIET GOLDBERG, Appellant, v. ROBERT GOLDBERG, Respondent.— Appeal from order entered on April 8, 1963, granting respondent's motion for a bill of particulars unanimously dismissed, without costs (see Family Ct. Act, § 1012). No leave to appeal was granted in this case. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of JACK H. Ross et al., Respondents, v. ABRAHAM D. BEAME, as Comptroller of the City of New York, et al., Respondents, and A. JOSEPH LEIBOWITZ et al., Intervenors-Appellants.— Order, entered on January 30, 1963, in an article 78 proceeding granting relief to the extent of setting the issues down for trial unanimously affirmed, without costs, and without prejudice to an application by petitioners for leave to discontinue the proceeding. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bastow, JJ.